# CATHERINE BAKER v. PHILIPINE SCHULZ and Others.[1]

February 11, 1915.

Nos. 19,016–(233).

Case followed.

Action in the district court for Hennepin county for partition. The case was tried before Hale, J., who made findings and ordered judgment for partition according to the respective interests of the parties. From an order denying defendants' motion for a new trial and for amended and substituted findings of fact and conclusion of law, they appealed. Affirmed.

*George E. Young* and *R. M. Hayes*, for appellants.

*George Harold Smith* and *Francis B. Hart*, for respondent.

PER CURIAM.

This case is ruled by the decision in Young v. Baker, supra, page 398, 151 N. W. 132, and for the reasons stated in the opinion in that case the order appealed from is affirmed.

[1] Reported in 151 N. W. 134.